IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JAMES ANTWONE ACY, <br> TDCJ No. 2477795, <br><br> Plaintiff, <br><br> V. <br><br> FAMILY DOLLARS, ET AL., <br><br> Defendants. | § § § § § § § § § § § | No. 3:24-CV-0589-D |

## ORDER

The United States Magistrate Judge made findings, conclusions, and a recommendation ("FCR") in this case. Plaintiff has filed two notices (EFC Nos. 7 and 8), but has not filed objections to the proposed FCR.

The undersigned district judge reviewed the proposed FCR for plain error. Finding none, the court adopts the FCR of the United States Magistrate Judge.

**SO ORDERED**.

April 30, 2024.

SIDNEY A. FITZWATER
SENIOR JUDGE